12 May 2016 (Thur.)

# No. PD-0150-16

30 days granted
PC
5-28-16

# IN THE COURT OF CRIMINAL APPEALS
# AUSTIN, TEXAS

Robert Martinez
Appellant

FILED IN
COURT OF CRIMINAL APPEALS

MAY 20 2016

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 19 2016

Abel Acosta. Clerk

V

## THE STATE OF TEXAS
Appellee

Appealed From The Fourt Court of Appeals
SAN Antonio   COA No. 04-14-00555-CR
From the Trial Court Case No. 307125
County Court at LAW No 5

# MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S MOTION FOR REHEARING

## TO THE HONORABLE JUDGES OF SAID COURT:

Comes Now, Robert Martinez, TDCJ ID No 1931397, Appellant, "Pro Se" AND files this his Motion for Extension of Time to File Appellant's

Motion For Rehearing of this Court's refused Petition for Discretionary Review, and in support thereof would respectfully show the Court as follow:

## I.

Appellant's petition for Discretionary Review was filed in this court on 3-16-2016 and was refused on 5-4-2016. The original white card of said Appellant's Pro Se petition for discretionary review, "refusal" JUDGE YEARY NOT PARTICIPATING is attached.

## II.

This is the First request for Extension of time for the filing of Appellant's Motion For Rehearing. No previous extensions of time have been requested or granted for the filling of Appellant's Motion For Rehearing

2

## III.

That the facts relied upon to reasonably explain the need for an extension are as follows.

Appellant, Robert Martinez, TDCJ ID No 1931397, is currently incarcerated in the Texas Department of Criminal Justice, Institutional Division, and has limited time, supplies and resources to file a Motion For Rehearing within 15 days of this courts refusal of Appellants Petition for Discretionary Review.

WHEREFORE, PREMISES CONSIDERED, Appellant Robert Martinez, respectfully request that Appellant's Motion For ~~Rehearing~~ Extension of Time To File Appellant's Motion For Rehearing be granted in this cause for 60 days or until June 14, 2016.

Respectfully submitted,



3

## UNSWORN DECLARATION BY INMATE

I, Robert Martinez ,~~SID~~ TDCJ ID No 1931397

Being presently incarcerated in the Texas Dept. of Criminal Justice, Hidalgo County, Texas declare under Penalty of Perjury that the foregoing instrument is true and correct.

Signed on this the 12 day of May , 2016

_____
Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on this the 12 day of May, 2016, a true and correct copy of the above and foregoing Motion For Extension of Time to File Appellant's Motion For Rehearing was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Anto. Tx. 78205

Appellant, Pro Se

Robert Martinez
TDCJ ID NO 1931347
1263 EL Cibolo Rd
Edinburg, Tx. 78542

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.26³
02 1W
0001401623 MAY 05. 2016

**5/4/2016**
**MARTINEZ, ROBERT**          Tr. Ct. No. 307125          **COA No. 04-14-00555-CR**
                                                            **PD-0150-16**
On this day, the Appellant's Pro Se petition for discretionary review has been
refused. JUDGE YEARY NOT PARTICIPATING

Abel Acosta, Clerk

ROBERT  MARTINEZ JR.
LOPEZ UNIT - TDC # 1931397
1203 EL CIBOLO ROAD
EDINBURG, TX  78539

Robert Martinez
TDCJ ID No. 1931397
Lopez State Jail
1203 El Cebollo Rd.
Edinburg, Tx. 78542

MCALLEN TX 785
17 MAY 2016 PM 2 T

Court of Criminal Appeals

P.O. Box 12308, Capitol Station

Austin, Texas 78711